# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY WAYNE DYSON

NO. 2024 KW 0183

**APRIL 19, 2024**

---

In Re:    Gary Wayne Dyson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 20-CR3-143838.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.** This court will not intervene in a proceeding where the applicant has not allowed sufficient time for the trial court to respond prior to filing the application for supervisory writs.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT